AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 6:13mj68 | Date and time warrant executed: 05/31/2013 2:30 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

On 12/10/2013, at approximately 6:45 am, the tracking device was removed from Juan GUTIERREZ-Mojica's blue 2008 Honda Accord passenger car bearing Texas License Plate CJ9J643, VIN # JHMCP264X8C052789.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-19-13

Executing officer's signature

Justin W. S_____ SA
Printed name and title

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 19 2013

DAVID J. MALAND, CLERK
BY
DEPUTY